FILED US District Court-UT
APR 13 '22 PM12:49

ANDREA T. MARTINEZ, United States Attorney (9313)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS MANUEL PENA and<br>JACIEL VALDEZ-HIGUERA,<br><br>Defendants. | INDICTMENT<br><br>COUNT I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute ( >400 grams) (Pena, Valdez-Higuera);<br><br>COUNT II: 18 U.S.C. § 924(c)(1)(A), Carrying a Firearm During and in Relation to a Drug Trafficking Crime (Pena, Valdez-Higuera);<br><br>COUNT III: 18 U.S.C. § 922(g)(5)(A), Illegal Alien in Possession of a Firearm and Ammunition (Valdez-Higuera). |

Case: 4:22-cr-00040
Assigned To : Nuffer, David
Assign. Date : 04/13/2022

The Grand Jury charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about February 20, 2022, in the District of Utah,

**JESUS MANUEL PENA and
JACIEL VALDEZ-HIGUERA,**

defendants herein, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

COUNT II
18 U.S.C. § 924(c)(1)(A)
(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about February 20, 2022, in the District of Utah,

**JESUS MANUEL PENA, and**
**JACIEL VALDEZ-HIGUERA,**

defendants herein, did knowingly carry a firearm during and in relation to a drug trafficking crime, to wit: possession of fentanyl with intent to distribute, a violation of 21 U.S.C. § 841(a)(1), as alleged in Count I of this Indictment, which count is incorporated by reference herein, all in violation of 18 U.S.C. § 924(c)(1)(A).

COUNT III
18 U.S.C. § 922(g)(5)(A)
(Illegal Alien in Possession of a Firearm and Ammunition)

On or about February 20, 2022, in the District of Utah,

**JACIEL VALDEZ-HIGUERA,**

defendant herein, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition, to wit: a Hi Point Model C9 9mm handgun and associated ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(5)(A).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense charged herein in violation of 18 U.S.C. §§ 922 and/or 924, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- a Hi Point Model C9 handgun; and
- any associated ammunition.

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations including, but not limited to:

- $3,240 in United States Currency;
- a Hi Point Model C9 handgun; and
- any associated ammunition.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

BRADY WILSON
Assistant United States Attorney