AO 442

FILED
2022 JUN 27 PM 4:01
CLERK
U.S. DISTRICT COURT

# United States District Court

for the

**District of Utah**

UNITED STATES OF AMERICA

V.

Case No: **4:22-CR-00040-001 DN**

**Jesus Manuel Pena, et al.**

ORIGINAL

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **JESUS MANUEL PENA**,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information
[ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession of Fentanyl with Intent to Distribute (>400 grams); Carrying a Firearm During and in Relation to a Drug Trafficking Crime**

in violation of **21:841(a)(1); 18:924(c)(1)(A)** United States Code.

D. Mark Jones
Name of Issuing Officer

United States District Judge
Title of Issuing Officer

Aimee Trujillo (signature)
Signature of Issuing Officer

April 13, 2022 at Salt Lake City, Utah
Date and Location

United States District Court — District of Utah — WARRANT (seal)

By: Aimee Trujillo
Deputy Clerk

Bail fixed ______________ by ______________
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at St. George, UT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-13-22 | Vaughtes DUSM | (signature) |
| DATE OF ARREST 4-18-22 | | |